UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
FULLSEND, INC.,

                    Plaintiff,

                -against-

CANNAFELLAS GROUP, INC.,
KASHICBD INC., SCOTT CICERONE,
and GIACOMO PAMPINELLA,

                    Defendants.
----------------------------------------------------------------x

**PERMANENT INJUNCTION ORDER**
22-cv-03741 (OEM) (JMW)

ORELIA E. MERCHANT, United States District Judge:

It is hereby ORDERED that Defendant Cannafellas Group, Inc. ("Defendant"), and its manufacturers, retailers, distributors and resellers, their officers, agents, subsidiaries, servants, partners, employees, attorneys, investors, consultants and all others in active concert or participation with them, are permanently enjoined from:

1. Making any use of Plaintiff's Asserted Mark or trade dress, or any designation of origin confusingly similar thereto, including offering to sell, selling, distributing, or importing into the United States products incorporating the Asserted Mark or trade dress or confusingly similar thereto;

2. Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling the Infringing Products or any products confusingly similar thereto;

3. Infringing or diluting any of the trade dress or the Asserted Mark;

4. Engaging in any other activity constituting unfair competition with Plaintiff, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with

Plaintiff;

5.  Disposing of, destroying, moving, secreting, relocating and/or transferring any and all of Defendant's stock of the Infringing Products or other products incorporating the trade dress, without court direction;

6.  Disposing of, destroying, moving, secreting, relocating and/or transferring any information, records, and/or documents in Defendant's possession pertaining to their purchase, importation, receipt, advertising, offering for sale, sale, shipment and/or distribution of products incorporating the trade dress and/or Asserted Mark;

7.  Committing any other act which falsely represents or which has the effect of falsely representing that Defendant's Infringing Products are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff; and,

8.  Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the aforementioned activities.

Further, Defendant is ordered to serve on Plaintiff within thirty (30) days after service on Defendant of permanent injunctive orders, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction. *See* 15 U.S.C. § 1116.


SO ORDERED.

August 5, 2025
Brooklyn, New York

/s/ _____
ORELIA E. MERCHANT
United States District Judge